FILED

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0241

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 22-0241

IN RE THE PARENTING OF:

S.D., and B.D.,
     Minor Children,

**JENNIFER A DUCHARME n/k/a, BRICK**

    **Petitioner and Appellant**,

    vs.

**RICHARD B. DUCHARME,**

    **Respondent and Appellee.**

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26, Appellee is given an extension of time until October 14, 2022 to prepare, file, and serve the Appellee's Brief.

No further extensions will be granted.

DATED this _____, 2022.

_____

Cc:
Jennifer Brick, *Appellant*
Matthew A. Dodd, Dillon A. Post, *Attorneys for Appellee*

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2022